650

*Messrs. Whitney North Seymour* and *Clinton M. Hester* for respondent.

No. 392. McGovern *v.* United States. October 24, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Daniel F. Cohalan, John W. Davis, Harry S. Bandler,* and *David V. Cahill* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. John H. McEvers, J. P. Jackson, Paul D. Miller,* and *W. Marvin Smith* for the United States.

No. 397. Dubilier Condenser Corp. et al. *v.* Radio Corporation. October 24, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Clifton V. Edwards* for petitioners. *Mr. Charles Neave* for respondent.

No. 398. Reeves Brothers Co. *v.* Routzahn, Collector of Internal Revenue. October 24, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. John E. Hughes* and *William Cogger* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, J. Louis Monarch,* and *John MacC. Hudson* for respondent.

No. 399. Gann *v.* Commissioner of Internal Revenue. October 24, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Morris Townley* for petitioner. *Solicitor Gen-*